■
**David GREEN, Petitioner,**

v.

**Brian D. TRAVIS, Respondent.**

**Nos. 02–CV–6016, 03–MISC–0066.**

United States District Court,
E.D. New York.

Oct. 1, 2003.

David G. Kleiman, Genevieve Bishop, Arnold & Porter, New York, NY, for Petitioner.

Ellen C. Abbot, Office Of Queens County D.A., Kew Gardens, NY, for Respondent.

### ORDER

WEINSTEIN, Senior District Judge.

This petition was filed on November 13, 2002. Petitioner, represented by counsel, claims:

> Conviction [was] obtained by prosecutor's discriminatory use of peremptory challenge during jury selection in violation of constitutional rights to equal protection under the law.

Supporting Facts:

> At trial, the prosecutor exercised each of his first five peremptory challenges to exclude minority jurors. Defense counsel made a *Batson* motion asserting that the prosecutor's pattern of exclusion established a *prima facie case* of discrimination. The trial court, wrongly concluding that a *prima facie* case of discrimination had not been established, failed to require the prosecution to provide race-neutral reasons for her challenges. Therefore, the subsequent conviction was obtained in violation of defendant's constitutional rights.

Oral argument is set for November 6th at 9:30 a.m. in courtroom 10, Brooklyn Courthouse. Petitioner shall be present by telephone.

If a party will produce experts, documents or other evidence at the hearing, one week's notice shall be given with a copy of any document attached. The name, professional resume', and a summary of the testimony expected of an expert shall be provided. Other testimony expected shall be summarized. Parties may arrange for depositions.

SO ORDERED.